In the Matter of the Claim of GEORGE BANKS, Respondent, against THE ADAMS EXPRESS COMPANY, Appellant. STATE INDUSTRIAL COMMISSION, Respondent.

*Banks* v. *Adams Express Co.*, 176 App. Div. 916, affirmed.
(Argued June 7, 1917; decided July 11, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 17, 1917, affirming an award of the state industrial commission under the Workmen's Compensation Law. The claimant alleged that on August 6, 1915, Harry Banks fell to the street from a wagon on which he was working, and sustained a fracture of the skull, which caused his death. The employer contended that the sole cause of death was typhoid fever, and that the deceased did not receive any injury which caused or contributed to his death. The state industrial commission made an award on the following ground: " At the time of his accident, Harry Banks was suffering from typhoid fever in the incubation stage, which became aggravated by the severe injury to his head through the consequent lowering of his resisting power, and the said disease thus aggravated caused his death on August 18, 1915."

*George W. Smyth* and *Edward V. Conwell* for appellant.

*Merton E. Lewis*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not voting: MCLAUGHLIN, J.